IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>REX DARRELL BARBER a/k/a REX D. BARBER a/k/a REX BARBER d/b/a REX DARRELL BARBER REVOCABLE LIVING TRUST or REX BARBER TRUST a/k/a REX DARRELL BARBER AS TRUSTEE OF THE REX DARRELL BARBER REVOCABLE LIVING TRUST; VALLEY BANK & TRUST; FARM CREDIT SERVICES OF AMERICA LLC f/k/a FARM CREDIT SERVICES OF AMERICA, PCA; O'BRIEN COUNTY IMPLEMENT, INC. d/b/a O'BRIEN COUNTY IMPLEMENT FINANCE; and CNH CAPITAL AMERICA LLC,<br><br>Defendants. | CASE NO. C09-4061 MWB<br><br>AMENDED<br>JUDGMENT IN A CIVIL CASE |

This matter came before the Court and

IT IS ORDERED AND ADJUDGED,

Judgment is entered in accordance with the attached Amended Judgment and Decree of Foreclosure.

Dated: This 7th day of April, 2010

Robert L Phelps
Clerk of Court

APPROVED BY:

Mark W. Bennett
Mark W Bennett U.S. District
Court Judge

S/src
Deputy Clerk



~1477309.wpd